RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MONIQUE N. KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for **WILCOX**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG PAUL WILCOX,<br><br>Defendant. | 2:13-cr-256-LDG-PAL<br><br>**MOTION TO WITHDRAW WITHOUT PREJUDICE THE MOTION TO WITHDRAW AS COUNSEL DUE TO CLERICAL ERROR** |

COMES NOW the defendant, CRAIG PAUL WILCOX, by and through his counsel, Monique N. Kirtley, Assistant Federal Public Defender, who files this Motion to Withdraw the Motion to Withdraw as Counsel due to Clerical Error. (CR29)  This motion is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 25th day of April, 2014.

                                            RENE L. VALLADARES
                                            Federal Public Defender

                                            */s/ Monique N. Kirtley*
                          By: _____
                                            MONIQUE N. KIRTLEY,
                                            Assistant Federal Public Defender

# MEMORANDUM OF POINTS AND AUTHORITIES

## FACTUAL BACKGROUND

On April 11, 2014, defendant Wilcox was sentenced in violation of 42 U.S. C. § 408(a)(4) and a sentence was imposed to count one of the indictment (CR25). A Notice of Appeal (CR26) was filed on April 22, 2014. Due to clerical error, undersigned counsel filed a Motion to Withdraw as Counsel (CR27) on April 22, 2014. A Notice of Intent to Plead Guilty (CR15) was filed on October 15, 2013. The Motion to Withdraw incorrectly stated that a Plea Agreement was filed in this case. As this is not the case, the Motion to Withdraw as Counsel is not necessary and is moot. Mr. Wilcox, through his attorney of record, Monique N. Kirtley, hereby respectfully requests that this court withdraw her Motion to Withdraw as Counsel and proceed with Mr. Wilcox's Appeal within the Office of the Federal Public Defender.

DATED this 25th day of April, 2014.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Monique N. Kirtley*
By:_____
MONIQUE N. KIRTLEY,
Assistant Federal Public Defender

## ORDER

IT IS SO ORDERED.

DATED this 30 day of April, 2014.

_____
Lloyd D. George
Sr. U. S. District Judge