RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ALINA M. SHELL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for **WILCOX**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIG WILCOX,<br><br>Defendant. | 2:13-cr-00256-LDG-PAL<br><br>**UNOPPOSED MOTION TO EXTEND SURRENDER DATE**<br><br>**(Second Request)** |

Craig Wilcox, by and through his attorney of record, Alina M. Shell, Assistant Federal Public Defender, hereby moves this Court to vacate and continue the surrender date currently scheduled for September 5, 2014 at 12:00 p.m. to October 3, 2014.

This Motion is Requested for the following reasons:

1. Wilcox has been on pretrial release since his initial appearance in this case on July 18, 2013.

2. On April 7, 2014, this Court ordered Wilcox to self-surrender to an institution designated by the federal Bureau of Prisons (BOP) by 12:00 p.m. on July 7, 2014. (*See* Docket #24 (minutes of sentencing); *see also* Docket #25 (written judgment).)

3. That on June 18, 2014, this Court granted Wilcox's unopposed motion to extend his original surrender date.

4. That as of this date, BOP has designated CI Taft in Taft, California as the facility for

Wilcox's surrender.

4. Wilcox seeks this extension to complete a construction project he is supervising as part of his employment. As noted in the first unopposed motion to extend his self-surrender date, Wilcox works Hilton Cabinets in Phoenix, Arizona. Wilcox is currently supervising the installation of cabinets at an apartment complex in Scottsdale, Arizona. The project is scheduled to be completed September 25, 2014. Wilcox requests this second extension of his surrender date so he can fulfill his obligations to Hilton Cabinets and supervise the installation project to its completion.

5. That undersigned counsel does not intend to move for any further extensions of the surrender date absent compelling exigent circumstances.

6. That on August 8, 2014, undersigned counsel contacted counsel for the United States, Assistant United States Attorney J. Gregory Damm. The government does not oppose this motion to extend Wilcox's surrender date.

For the foregoing reasons, counsel moves this Court to enter a one-time extension of the surrender date, thereby allowing Wilcox to surrender to the designated BOP facility by October 3, 2014 at 12:00 p.m.

DATED this 11th day of August, 2014.

RENE L. VALLADARES
Federal Public Defender

By: /s/ Alina M. Shell
ALINA M. SHELL,
Assistant Federal Public Defender

ORDER

IT IS SO ORDERED.

DATED this 11 day of August, 2014.

Lloyd D. George
Sr. U.S. District Judge